UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| V: : | 3:02CR00130(EBB) |
| TONY PAYTON : | JANUARY 4, 2006 |

### MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

On May 5, 2002, the defendant, Tony Payton was indicted by a Federal Grand Jury charging him with one count of possession of a firearm by a convicted felon, in violation of 18 U.S.C. §922(g)(1).

On August 14, 2002, the defendant pled guilty to possession of a firearm by a convicted felon in violation of 18 U.S.C. §922(g)(1).

On May 21, 2004, the defendant was sentenced to time served followed by 3 years of supervised release.

As of this date, the defendant has successfully completed 1 year and 7 months of supervised release.

The defendant has successfully participated in all of the programs required of him by Joseph Zampano, United States Probation Officer for the District of Connecticut.

The defendant thereafter with permission of Mr. Zampano moved to Deposit, New York. While there, he was assigned a probation officer by the name of Michael Pierce, 15 Henry Street, Mezzanine, Binghamton, New York, 13901, who requires him to report to his office at the cost of Mr. Payton at the rate of $100.00 per trip (Mr. Payton does not drive nor own an automobile). Notwithstanding that, while he was there, he

participated in several programs including job skilled training (copies of the certificates are annexed hereto as Exhibits).

The undersigned has spoken extensively with Mr. Zampano regarding the early termination of Mr. Payton's supervised release.  Mr. Zampano is aware of the programs completed, the cost of transportation, etc., as Mr. Payton still maintains communication with Mr. Zampano, notwithstanding Mr. Payton's relocation to New York.

Assistant U.S. Attorney James Finnerty has been contacted regarding this motion and he has no position regarding the same.

It is submitted that the granting of said motion would be in the interest of justice.

WHEREFORE, the defendant requests an early termination of his supervised release.

                THE DEFENDANT
                TONY PAYTON


        By____/s/_____
            FRANK J. RICCIO
            LAW OFFICES OF FRANK J. RICCIO LLC
            P.O. BOX 491
            BRIDGEPORT, CT 06601-0491
            Fed Bar #CT00148
            (203) 333-6135 (Phone)
            (203) 333-6190 (Fax)

## **CERTIFICATION**

This is to certify that a copy of the foregoing motion was mailed, postage prepaid, on this the 4th day of January, 2006 to Asst. U.S. Attorney James Finnerty, Office of the U.S. Attorney, 915 Lafayette Blvd., Bridgeport, CT 06604 and James Zampano, U.S. Probation Officer, 915 Lafayette Blvd., Bridgeport, CT 06604.

        _____/s/_____
        FRANK J. RICCIO