

**DEPARTMENT OF SOCIAL SERVICES**
111 Main Street    Delhi, New York 13753

William R. Moon
Commissioner

(607) 746-2325

December 20, 2005

Tonny Payton
51 Elm Street
Deposit, NY 13754

This letter is to advise you that you have been assigned to the following monthly Pathways session:

| | |
|---|---|
| Location: | United Ministry Church (BEHIND THE BANK) Court House Square Delhi, NY 13753 |
| Date: January 4TH, 2006 | Day of the Week: Wednesday   Time of Meeting: 9:00AM TO 12:00PM |

It is important that you contact IN ADVANCE one of your facilitators, if FOR ANY REASON you are unable to come to your regular Pathways session. Attendance is a requirement of your continued eligibility. Your facilitators for your meeting are:

Bill Baist        Phone  746-1630

Mary Banks    Phone  746-1630

We believe that Pathways will assist you in reaching your goal of self-sufficiency. Your regular attendance and participation at the meetings will assist you in reaching your goal of financial independence. PLEASE BRING YOUR DIARY. If you have any questions or concerns regarding your Pathways requirements, please contact either Mr. Baist or Ms. Banks.

**Tonny Payton**
tonnypayton@yahoo.com
51 Elm Street, Deposit, NY, 13754
607-467-2963

**Objective**   To obtain a position as a physical therapy assistant

**Skills**
- Very experienced in sales and promotions
- Certified Auto Mechanic (1985)
- Certified Nurse Aide (1987)
- Certified Private Investigator
- Professional and pleasant
- Like a good challenge and working with people
- Enjoy learning and expanding my knowledge
- Familiar with computer usage

**Work experience**

1999-2005   <u>Private Investigator/ Bounty Hunter.</u>   Bridgeport, CT
Went to court to look in computer for wanted criminals
And also back ground investigations

1991-1999   <u>Plumber Assistant</u>   Lee Henry's plumbing,   Bridgeport, CT
Responsible for assisting lead plumber

1988-1989   <u>Tow motor operator/ riveter</u>   Ray Besto,   Stratford, CT
Responsible for moving materials with a tow motor / assembled car
Breaks

**Education**
2005   BEST Program of Delaware County   Delhi, NY

2000-2002   Thomson Education Direct,   Scranton PA
Private Investigation

1984-1988   Warren Harding H.S.   Bridgeport, CT
N.Y.S. Diploma

**Certifications:**
- Investigation as a career
- Principles of law in investigation
- The basic steps to an investigation
- Sources of information
- The computer and the investigator
- Reporting Techniques 1

- Back Ground investigation
- Observation
- Surveillance 1
- Surveillance 2
- Equipment Usage

**References:**   Available upon request

SENATOR JOHN J. BONACIC

# *Certificate of Merit*

presented to

## Tonny D. Payton

to honor you
on the occasion of your graduation

### BEST Program

_December 1, 2005_
Date

*[signature]*
Senator John J. Bonacic
New York State Senate
42nd District

# Certificate of Perfect Attendance



In recognition of outstanding attendance during the four week training program of Better Employment & Skills Training (BEST).
Awarded this 1st Day of December 2005

*Tonny D. Payton*

_____
BEST PROGRAM COORDINATOR

_____
BEST Steering Committee Chairman

# Certificate of Completion



*This Certifies that*

*Tonny D. Payton*

has completed all the requirements of this four week training course and is hereby recognized as a graduate from the Better Employment Skills & Training (BEST) Program on this 1st Day of December, 2005

_Suzanne Moseco_
**BEST PROGRAM COORDINATOR**

_Andy Matviak_
**BEST STEERING COMMITTEE CHAIRMAN**

# CERTIFICATE OF COMPLETION

STATE UNIVERSITY OF NEW YORK COLLEGE OF TECHNOLOGY AT DELHI



This certifies that

## Tonny D. Payton

As part of the BEST Program
Completed Projects in

### Microsoft Office

and is hereby granted this certificate
on this 1st Day of December, 2005

_Brian Hutzley_
DIRECTOR, CENTER FOR CONTINUING EDUCATION AND CORPORATE SERVICES

12/1/05
DATE

# CERTIFICATE OF ACHIEVEMENT

## *Tonny Payton*

**FOR SUCCESSFUL COMPLETION OF SHADOWING
FOR PHYSICAL THERAPY
AT WALKER PHYSICAL THERAPY**

**ON THE 30TH DAY OF NOVEMBER 2005**

**AWARDED BY THE BETTER EMPLOYMENT SKILLS & TRAINING
(BEST) PROGRAM**

_____
BEST PROGRAM COORDINATOR

_____
BEST STEERING COMMITTEE CHAIRMAN

# CERTIFICATE OF ACHIEVEMENT

*Tonny D. Payton*

FOR SUCCESSFUL COMPLETION
OF MOCK INTERVIEWS

AWARDED BY THE BETTER EMPLOYMENT SKILLS & TRAINING
(BEST) PROGRAM

_____  _____
BEST PROGRAM COORDINATOR   BEST STEERING COMMITTEE CHAIRMAN