LAW OFFICES OF
# FRANK J. RICCIO, LLC

P.O. BOX 491 • BRIDGEPORT, CT 06601-0491 - (203) 333-6135
TELECOPIER: (203) 333-6190

FRANK J. RICCIO*
FRANK J. RICCIO II
RENÉE C. BERMAN

OFFICE LOCATION:
923 EAST MAIN STREET
BRIDGEPORT, CT 06608-1914

*ADMITTED: CT & NY
BOARD CERTIFIED
CRIMINAL TRIAL ADVOCACY

RECEIVED
JAN 1 2006
CHAMBERS OF ELLEN BREE BURNS
Senior United States District Judge

January 10, 2006

Honorable Ellen Bree Burns
U.S. District Court House
141 Church Street
New Haven, CT 06510

Re: **United States of America v. Tony Payton**
3:02CR00130(EBB)

Dear Judge Burns:

Enclosed herein are copies of the certificates which were supposed to be attached as exhibits to my Motion for Early Termination of Supervised Release dated January 4, 2006 which my secretary inadvertently forgot to attach. I received a call from Joseph Zampano, U.S. Probation Officer, and he informed me that you had granted my motion.

Very truly yours,

Frank J Riccio

FRANK J. RICCIO

FJR/jvg
Enclosures
cc: U.S. Probation Officer Joseph Zampano